1  JOHN R. HABASHY - SBN
   (john@lexiconlaw.com)
2  **LEXICON LAW GROUP**
   633 W. Fifth St., 28th Floor
3  Los Angeles, CA 90071
   Telephone: 213-233-5900
4  Fax: 888-373-2107

5  Local Counsel for Plaintiff and the Proposed Class

6  Ryan M. Kelly (Pro Hac Vice admitted)
   (rkelly@andersonwanca.com)
7  **ANDERSON + WANCA**
   3701 Algonquin Road, Suite 500
8  Rolling Meadows, IL 60008
   Telephone: 847-368-1500
9  Fax: 847-368-1501

10 Counsel for Plaintiff and the Proposed Class

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CARD ONE INTERNATIONAL, INC.,<br><br>Defendant. | **Case No.: 2:19-CV-03462-PA-SS**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1     Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC., hereby dismisses this action without prejudice.

DATED: May 7, 2019            **ANDERSON + WANCA**

                                         By: /s/ Ryan M. Kelly
                                               RYAN M. KELLY

                                         **LEXICON LAW GROUP**
                                         JOHN R. HABASHY

                                         Attorneys for Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons